```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :     MISDEMEANOR
                                    :     INFORMATION
           -v.-                     :
                                    :     07 Cr.
DERRICK KEE,                        :
                                    :
           Defendant.               :    07 CRIM. 404
                                    :
------------------------------------x
```

## COUNT ONE

The United States Attorney charges:

From October, 2005, through January, 2006, in the Southern District of New York and elsewhere, DERRICK KEE, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and convert to his use and the use of another, and without authority, did sell, convey and dispose of money and things of value of the United States and a department and agency thereof, in an amount not in excess of $1,000, and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, to wit, KEE fraudulently cashed, among other instruments, a United States Government check to which he was not entitled.

(Title 18, United States Code, Section 641.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 10 07

MAY 10 2007

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v -

**DERRICK KEE,**

**Defendant.**

---

**MISDEMEANOR INFORMATION**

07 Cr.

(Title 18, United States Code,
Section 641.)

 

                    <u>MICHAEL J. GARCIA</u>
                    United States Attorney.

---