UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

         -against-                                            :

                                        :

DERRICK KEE,                                               :

               Defendant.                         :
-----------------------------------------------------------------x

**ORDER**
07 CR 00404-01 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the sentencing proceeding, commenced on September

10, 2007, at 10:30 a.m., is adjourned to, and will resume on, September 19, 2007, at 2:00 p.m.

Dated: New York, New York
       September 10, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED  09/11/07